IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SAM KINNEY, III                                                            PLAINTIFF

v.                   Case No. 5:19-cv-00334 BSM

DREW COUNTY JAIL, et al.                                 DEFENDANTS

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 9] has been received. After careful review of the record, the RD is adopted. Kinney's conditions-of-confinement claims are dismissed without prejudice and his claims against the Drew County Jail are dismissed with prejudice.

IT IS SO ORDERED this 3rd day of January 2020.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE