IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SAM KINNEY, III**                                                                                           **PLAINTIFF**
**#142798**

**V.**                          **CASE NO. 5:19-cv-334-BSM-BD**

**DREW COUNTY JAIL,** *et al*.                                                   **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**     **Procedures for Filing Objections**

This Recommendation has been sent to Judge Brian S. Miller. Any party to this suit may file objections with the Clerk of Court if they disagree with the findings or conclusions set out in the Recommendation. To be considered, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record.

**II.**     **Discussion**

Plaintiff Sam Kinney, III filed this lawsuit without the help of a lawyer and is proceeding *in forma pauperis*. (Docket entry #1) The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to their current addresses. Local Rule 5.5.

On January 23, 2020, Mr. Kinney was given 30 days to notify the Court of his new address, after his mail sent from the Court was returned marked "undeliverable." (#13) The Court specifically cautioned Mr. Kinney that his claims could be dismissed if he failed to update his address as ordered. (#13) To date, Mr. Kinney has failed to comply with the Court's Order and the time for doing so has passed.

### III. Conclusion

The Court recommends that Mr. Kinney's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's January 23, 2020 Order and his failure to prosecute this lawsuit.

DATED this 26th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE