# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**SAM KINNEY, III**                                                             **PLAINTIFF**
**ADC #142798**

v.                       **CASE NO. 5:19-CV-00334 BSM**

**DREW COUNTY JAIL,** *et al.*                                        **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 16] has been received, and after carefully reviewing the entire record, the RD is adopted. This case is dismissed without prejudice, based on Kinney's failure to prosecute and his failure to comply with the January 23, 2020 order [Doc. No. 14].

IT IS SO ORDERED this 16th day of March 2020.

                                                     */s/ Brian S. Miller*
                                                    UNITED STATES DISTRICT JUDGE